IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JUL 21  AM 9: 12

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
v.                         )   Case No. 4:06CR3019
                           )
IVAN ROJO OSUNA,           )
                           )
         Defendant.        )

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion to Continue Plea Hearing under seal.

DATED this ___ day of July, 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge