IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JUL 21  AM 9: 13

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:06CR3019 |
| | ) | |
| IVAN ROJO OSUNA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing, filing _____, from July 21, 2006, for approximately 45 to 60 days. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing shall be continued until _September 6_, 2006, at _1:00 a_.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing defendant's plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from July 21, 2006, until the date now set for defendant's plea shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 20th day of July, 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge